TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RYAN POWELL
Assistant United States Attorney
Arizona State Bar No. 025695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.Powell@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

NOV 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ruford Daw,<br><br>Defendant. | No.  CR25-08214-PCT-SMB (ASB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of Firearm)<br>Counts 1-3<br><br>18 U.S.C. §§ 922(k) and 924(a)(1)(B)<br>(Possession of Firearm with Altered<br>or Obliterated Serial Number)<br>Count 4<br><br>18 U.S.C. § 924(d);<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 10, 2023, in the District of Arizona, the defendant, RUFORD DAW, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, in and affecting interstate and foreign commerce, to wit:

- Smith & Wesson SD40 VE 40 caliber pistol, serial number FCF5697;

- Keltec P-40 40 caliber pistol, serial number 106782;

- Mossberg 500A 12-gauge shotgun, serial number R372763; and
- Izhmash Saiga 762 rifle, serial number H02104250.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about December 15, 2024, in the District of Arizona, the defendant, RUFORD DAW, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate and foreign commerce, to wit:

- Sun City Machinery Savage Stevens Model 320 12-gauge shotgun, serial number 211354A.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3

On or about between November 15 and December 15, 2024, in the District of Arizona, the defendant, RUFORD DAW, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, to wit:

- Heritage MFG Rough Rider 22 caliber revolver, serial number T00224.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4

On or about between November 15 and December 15, 2024, in the District of Arizona, the defendant, RUFORD DAW, knowingly possessed firearms, that is a Heritage MFG INC Rough Rider 22 caliber revolver and a Taurus PT140 40 caliber pistol, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been altered and obliterated, as the defendant knew.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1-4 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-4 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following property involved and used in the offense:

- Smith & Wesson SD40 VE 40 caliber pistol, serial number FCF5697;
- Keltec P-40 40 caliber pistol, serial number 106782;
- Mossberg 500A 12-gauge shotgun, serial number R372763;
- Izhmash Saiga 762 rifle, serial number H02104250;
- Sun City Machinery Savage Stevens Model 320 12-gauge shotgun, serial number 211354A;
- Heritage MFG Rough Rider 22 caliber revolver, serial number T00224; and
- Heritage MFG INC Rough Rider 22 caliber revolver with altered and obliterated serial number; and
- a Taurus PT140 40 caliber pistol with altered and obliterated serial number.

If any of the above-described forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21

- 3 -

U.S.C. § 853(p).

In accordance with 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s
FOREPERSON OF THE GRAND JURY
Date:  November 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s
RYAN POWELL
Assistant U.S. Attorney

- 4 -